TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
District of Nevada
Nevada Bar No. 8264
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Ma G. Cruz De La Cruz,<br><br>Plaintiff,<br><br>v.<br><br>United States Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-00116-ART-CSD<br><br>**ORDER GRANTING**<br><br>**Stipulation to Extend Federal Defendants' Deadline to File a Reply to in Support of their Motion to Dismiss (ECF No. 10)**<br><br>**(First Request)** |

Plaintiff and Federal Defendants, by and through respective undersigned counsel, move this Court for an extension of time from October 5, 2026, up to and including **October 9, 2026**, for Federal Defendants to file a reply to Plaintiffs' Opposition (ECF No. 12) to Federal Defendants' Motion to Dismiss (ECF No. 10). Agency counsel on leave, and undersigned AUSA consequently needs additional time to coordinate the reply with agency counsel.

This is the first requested extension of the deadline for Federal Defendants to file a reply in support of their Motion to Dismiss (ECF No. 10). This request is made in good faith and not for purposes of undue delay.

On October 1, 2026, the parties met and conferred in good faith regarding Federal Defendants' requested extension. Plaintiff's counsel agrees to the requested reply extension.

/ / /

**MEMORANDUM OF POINTS AND AUTHORITIES**

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted). Courts also have inherent authority to manage their own dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Olivia v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

Undersigned AUSA is acting diligently in coordinating with USCIS on a reply. However, because agency counsel is on leave, undersigned AUSA will need additional time to complete the reply in support of Federal Defendants' motion to dismiss (ECF No. 10). Without such additional time, a proper reply cannot be filed. For these reasons, Federal Defendants respectfully request, and Plaintiff agrees to, an extension to **October 9, 2026**, for Federal Defendants to file their reply in support of their motion to dismiss.

/ / /

If this stipulation for an extension of time is granted, the new deadline for Federal Defendants to file a reply will be **October 9, 2026**. Given Federal Defendants' diligence, and Plaintiff's consent, good cause exists for the extension. The parties therefore request that the Court grant this stipulation.

Respectfully submitted this 1st day of October 2026.

LAW OFFICES OF KAREN S. MONRREAL

*/s/ Karen S. Monrreal*
KAREN S. MONRREAL
karen@monrreallaw.com

*Attorney for Plaintiff*

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney

*Attorneys for Federal Defendants*

**IT IS SO ORDERED:**

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED this 2nd day of October, 2026